# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LIPSEY,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES TILTON, Warden,<br><br>   Respondent. | Case No. CV 09-0608-DOC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: February 11, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE